Decided October 30, 1992

STATE OF CONNECTICUT *v.* JONATHAN MILLER

The state of Connecticut's petition for certification for appeal from the Appellate Court, 29 Conn. App. 207 (AC 10071), is granted, limited to the following question:

"In the circumstances of this case, did the warrantless search of the defendant's car at the West Hartford police station violate article first, § 7, of the Connecticut constitution?"

The Supreme Court docket number is SC 14634.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in support of the petition.

*Ronald T. Murphy,* special public defender, in opposition.

Decided November 4, 1992